## General Electric Employees Federal Credit Union *v.* Peter S. Zakrzewski
### (13651)

O'Connell, Foti and Landau, Js.

Submitted on briefs November 3—decision released November 29, 1994

*David E. Koskoff* filed a brief for the appellant (defendant).

Per Curiam. The case is controlled by *Staples* v. *Hendrick,* 89 Conn. 100, 93 A. 5 (1915).

The judgment is affirmed.